UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AKEMI JOSIAH ORTIZ,<br><br>  Defendant. | Case No. 2:23-mj-00817-BNW<br><br>**ORDER** |

IT IS ORDERED that the Joint Status Report deadline currently scheduled for February 18, 2025, is VACATED and CONTINUED to **June 4, 2025.**

DATED this  20  day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3