**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00817-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| AKEMI JOSIAH ORTIZ, | |
| Defendant. | |

IT IS ORDERED that the Status hearing currently scheduled for Thursday, March 13, 2025 at 9:30 a.m., be vacated and continued to June 12, 2025 at the hour of 9:30 a.m.

DATED this 20 day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE