RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org
Attorney for Akemi Josiah Ortiz

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKEMI JOSIAH ORTIZ,<br><br>　　　　Defendant. | Case No. 2:23-mj-00817-BNW<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT DEADLINE**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Bethany Wang Balchunas, Assistant Federal Public Defender, counsel for Akemi Josiah Ortiz, that the Joint Status Report deadline scheduled for October 9, 2025, be vacated and continued for 35 days.

This Stipulation is entered into for the following reasons:

1.　　Defense counsel has recently re-established contact with Mr. Ortiz.

2.　　Mr. Ortiz needs additional time to comply with the fine portion of the agreement.

3.　　The defendant is not in custody and agrees with the need for the continuance.

4.　　The parties agree to the continuance.

This is the sixth request for a continuance of the Joint Status Report Deadline.

DATED this 6th day of October 2025.

RENE L. VALLADARES
Federal Public Defender

/s/ Bethany Wang Balchunas
By_____
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender

SIGAL CHATTAH
Acting United States Attorney

/s/ Skyler Pearson
By_____
SKYLER PEARSON
Assistant United States Attorney

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4

UNITED STATES OF AMERICA,

            Plaintiff,

5

    v.

6

AKEMI JOSIAH ORTIZ,

7

          Defendant.

8

Case No. 2:23-mj-00817-BNW

**ORDER**

9
10

    IT IS ORDERED that the Joint Status Report deadline currently scheduled for

11

October 9, 2025 is vacated and continued to ___November 10___, 2025.

12

    DATED this 15th day of October 2025.

13
14
15

_____

UNITED STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26

3