RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org

Attorney for Sharett Annette Yazzie

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AKEMI JOSIAH ORTIZ,<br><br>        Defendant. | Case No. 2:23-mj-00817-BNW-1<br><br>**JOINT STATUS REPORT AND REQUEST FOR STATUS HEARING** |

      Mr. Ortiz was charged by criminal complaint on September 7, 2023, with two counts: **(1)** Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)); and **(2)** Driving without a Driver's License (a violation of 36 C.F.R. § 4.2(b) and N.R.S. 483.550(1)). ECF No. 1.

      Mr. Ortiz entered into a plea agreement. ECF No. 19. Under that agreement, Mr. Ortiz pleaded guilty to Count Two. ECF No. 20. Count One was dismissed. *Id.* Mr. Ortiz was sentenced on Count Two as follows: "Defendant shall pay a fine in the amount of $250.00 with a $10.00 penalty assessment, for a total of $260.00." *Id.*

///

///

///

Mr. Ortiz has not paid the $260.00 fine and assessment, and defense counsel has lost contact with Mr. Ortiz. The parties agree that a status hearing regarding resolution of this matter should be set for a date and time convenient to the Court, but no sooner than thirty (30) days.

DATED this 7th day of November 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Executive Assistant United States Attorney |
| */s/ Bethany Wang Balchunas*<br>By_____<br>BETHANY WANG BALCHUNAS<br>Assistant Federal Public Defender | */s/ Skyler Pearson*<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>AKEMI JOSIAH ORTIZ,<br><br>           Defendant. | Case No. 2:23-mj-00817-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that a Status Hearing be set for December 18, 2025 at the hour of 9:30 a.m.

DATED this 12th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE