RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org

Attorney for Akemi Josiah Ortiz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AKEMI JOSIAH ORTIZ,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00817-BNW-1<br><br>**JOINT STATUS REPORT AND REQUEST TO VACATE STATUS HEARING** |

　　　Mr. Ortiz was charged by criminal complaint on September 7, 2023, with two counts: **(1)** Operating a Motor Vehicle while Under the Influence of Drugs (a violation of 36 C.F.R. § 4.23(a)(1)); and **(2)** Driving without a Driver's License (a violation of 36 C.F.R. § 4.2(b) and N.R.S. 483.550(1)). ECF No. 1.

　　　Mr. Ortiz entered into a plea agreement. ECF No. 19. Under that agreement, Count One was dismissed and Mr. Ortiz pleaded guilty to Count Two. ECF No. 20. Mr. Ortiz was sentenced on Count Two as follows: "Defendant shall pay a fine in the amount of $250.00 with a $10.00 penalty assessment, for a total of $260.00." *Id.*

　　　The plea agreement provided that, upon payment of the fine and assessment, the Government would move to dismiss Count Two. ECF No. 19 at 2; ECF No. 20.

///

Mr. Ortiz has paid the $260.00 fine and assessment in full. The parties therefore agree that the status hearing set for December 18, 2025 should be vacated, Count Two should be dismissed in accordance with the plea agreement, and this case should be closed.

DATED this 5th day of December 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| */s/ Bethany Wang Balchunas*<br>By_____<br>BETHANY WANG BALCHUNAS<br>Assistant Federal Public Defender | */s/ Skyler Pearson*<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKEMI JOSIAH ORTIZ,<br><br>　　　　Defendant. | Case No. 2:23-mj-00817-BNW-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the status hearing set for December 18, 2025 is vacated, Count Two is dismissed, and this case is closed.

　　DATED this <u>8th</u> day of December, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE